UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-34864 |
| CHANDRA MEDLIN | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO MODIFY PLAN

This cause coming before the Court on the Debtor's Motion to Modify Plan, the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

1. Debtor's Motion to Modify Plan is granted.

2. The default is deferred.

3. The term of the plan is extended pursuant to §1329d.

4. Debtor's plan payments are reduced to $800.

5. The Trustee must cease disbursements under Section E(2)(a) and (b) effective January 1, 2021.

6. The Debtor must make ongoing mortgage payments directly to U.S. Bank/SN Servicing and Wells Fargo effective January 1, 2021.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: June 25, 2021

**Prepared by:**

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 575-8180
mbadwan@sulaimanlaw.com