**Fill in this information to identify the case:**

Debtor 1  Chandra Medlin

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number  15-34864

Official Form 410S1

# Notice of Mortgage Payment Change                                       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 1 5 9 2

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/12/2020

**New total payment:** $ 1,502.13
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ _____    New escrow payment:  $ _____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 4.520 %         New interest rate: 4.440 %
   Current principal and interest payment: $ 1,081.54    New principal and interest payment: $ 977.45

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

Debtor 1  **Chandra Medlin**
First Name    Middle Name    Last Name

Case number *(if known)* 15-34864

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons
Signature

Date 08/25/2020

Print: **Molly Slutsky Simons**
First Name    Middle Name    Last Name

Title Attorney for Creditor

Company Sottile & Barile, Attorneys at Law

Address 394 Wards Corner Road, Suite 180
Number    Street

Loveland        OH    45140
City            State  ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

TONY MEDLIN
900 JORIE BOULEVARD STE 150
OAK BROOK IL  60523

August 21, 2020

**RE: Loan Number:**

## Subsequent Interest Rate Adjustment Notice

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, THEIR EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY US WILL BE USED FOR THAT PURPOSE.  TO THE EXTENT THAT YOU MAY HAVE RECEIVED A DISCHARGE IN BANKRUPTCY THIS COMMUNICATION SHOULD NOT BE CONSTRUED AS INTENT TO SUBJECT YOU TO PERSONAL LIABILITY FOR THE DISCHARGED DEBT.

### Changes to Your Mortgage Interest Rate and Payments on September 28, 2020

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a two-week period during which your interest rate stayed the same. That period ends on September 28, 2020, so on that date your interest rate and mortgage payment change. After that, your interest rate may change every payment for the rest of your loan term.

|  | **Current** Rate and Bi-Weekly Payment | **New** Rate and Bi-Weekly Payment |
|---|---|---|
| Interest Rate | 4.52% | 4.44% |
| **Total Bi-Weekly Payment** | $1,606.22 | $1,502.13 (due October 12, 2020) |

**IMPORTANT:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien.

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the Cost of Savings and your margin is 3.45%. The Cost of Savings index is published Monthly in Wells Fargo & Company.

**Rate Limits:** Your rate cannot go higher than 11.95%, or lower than 3.45% over the life of the loan. Your rate can increase every payment by no more than 0.00%. Your rate can decrease every payment by no more than 0.00%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the Cost of Savings index, your margin, your loan balance of 256,571.20, and your remaining loan term of 180 months.

**Prepayment Penalty:** None

Please continue to mail your payments as previously directed.  The title and telephone number of a person who will answer any question you may have regarding this notice is:

Name:  Jessica Watson
Title: Asset Manager
Toll Free Number: (800) 603-0836,  ext: 2767

*If your account is not contractually current, the new payment amount will not go into effect until your loan is due for 10/12/2020.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 15-34864 |
| Chandra Medlin<br>  fka Chandra Taylor<br>  fka Chandra Horton<br>  aka Chandra V. Medlin<br>  aka C Victoria Medlin<br>  aka Chandra Victoria Medlin | Chapter 13 |
| Debtor. | Hon. Judge A. Benjamin Goldgar |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Mortgage Payment Change upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on August 25, 2020, before the hour of 5:00 p.m.

    Mohammed O Badwan, Debtor's Counsel
    mbadwan@sulaimanlaw.com

    Glenn B Stearns, Trustee
    mcguckin_m@lisle13.com

    Patrick S Layng, U.S. Trustee
    USTPRegion11.ES.ECF@usdoj.gov

    Chandra Medlin, Debtor
    4460 Longmeadow Drive
    Gurnee, IL 60031

Dated: August 25, 2020                                     Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor