**Fill in this information to identify the case:**

Debtor 1: Chandra Medlin

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 15-34864

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust

Court claim no. (if known): 1-1

Last 4 digits of any number you use to identify the debtor's account: 1 5 9 2

Date of payment change: 1/4/2021
Must be at least 21 days after date of this notice

New total payment: $ 1439.56
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 524.68    New escrow payment: $ 462.11

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1 __Chandra Medlin__  Case number *(if known)* __15-34864__
First Name   Middle Name   Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Molly Slutsky Simons   Date 11/20/2020
Signature

Print: **Molly Slutsky Simons**   Title **Attorney for Creditor**
First Name   Middle Name   Last Name

Company: Sottile & Barile, Attorneys at Law

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone 513-444-4100   Email bankruptcy@sottileandbarile.com

SN Servicing Corporation                                                          Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   November 16, 2020

TONY MEDLIN                                                                        Loan:
CHANDRA V MEDLIN
900 JORIE BOULERVARD STE 150
OAK BROOK IL  60523                                   Property Address:
                                                      4460 LONGMEADOW DRIVE
                                                      GURNEE, IL  60031

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Jan 2020 to Dec 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jan 04, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 977.45 | 977.45 ** |
| Escrow Payment: | 524.68 | 462.11 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,502.13 | $1,439.56 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Nov 23, 2020 |
| Escrow Balance: | 4,337.56 |
| Anticipated Pmts to Escrow: | 1,574.04 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $5,911.60 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Starting Balance | 4,284.78 | 3,131.97 |
| Jan 2020 | 1,049.36 | 1,605.87 |  |  | * | 5,334.14 | 4,737.84 |
| Feb 2020 | 1,049.36 | 1,574.04 |  |  | * | 6,383.50 | 6,311.88 |
| Mar 2020 | 1,574.04 | 1,574.04 | 2,151.00 | 2,265.00 | * Homeowners Policy | 5,806.54 | 5,620.92 |
| Apr 2020 | 1,049.36 | 1,574.04 |  |  | * | 6,855.90 | 7,194.96 |
| Apr 2020 |  |  |  | 453.06 | * Escrow Refund | 6,855.90 | 6,741.90 |
| May 2020 | 1,049.36 |  |  |  | * | 7,905.26 | 6,741.90 |
| May 2020 |  |  |  | 4,874.93 | * County Tax | 7,905.26 | 1,866.97 |
| Jun 2020 | 1,049.36 | 3,148.08 | 5,745.29 |  | * County Tax | 3,209.33 | 5,015.05 |
| Jul 2020 | 1,049.36 | 1,049.36 |  |  |  | 4,258.69 | 6,064.41 |
| Aug 2020 | 1,574.04 | 1,574.04 |  |  |  | 5,832.73 | 7,638.45 |
| Aug 2020 |  |  |  | 4,874.93 | * County Tax | 5,832.73 | 2,763.52 |
| Sep 2020 | 1,049.36 | 1,049.36 | 5,745.29 |  | * County Tax | 1,136.80 | 3,812.88 |
| Oct 2020 | 1,049.36 | 524.68 |  |  | * | 2,186.16 | 4,337.56 |
| Nov 2020 | 1,049.36 |  |  |  | * | 3,235.52 | 4,337.56 |
| Dec 2020 | 1,049.36 |  |  |  | * | 4,284.88 | 4,337.56 |
|  |  |  |  |  | Anticipated Transactions | 4,284.88 | 4,337.56 |
| Nov 2020 |  | 524.68 |  |  |  |  | 4,862.24 |
| Dec 2020 |  | 1,049.36 |  |  |  |  | 5,911.60 |
|  | $13,641.68 | $15,247.55 | $13,641.58 | $12,467.92 |  |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 13,641.58. Under Federal law, your lowest monthly balance should not have exceeded 2,273.60 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue. Your actual lowest monthly balance was greater than 1,136.80. The items with an asterisk on your Account History may explain this. If you want a further explanation, please call our toll-free number.

SN Servicing Corporation — Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  November 16, 2020

TONY MEDLIN                                                                                                                Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | From Escrow | Description | Escrow Balance Anticipated | Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 5,911.60 | 3,773.90 |
| Jan 2021 | 924.22 |  |  | 6,835.82 | 4,698.12 |
| Feb 2021 | 924.22 |  |  | 7,760.04 | 5,622.34 |
| Mar 2021 | 1,386.33 | 2,265.00 | Homeowners Policy | 6,881.37 | 4,743.67 |
| Apr 2021 | 924.22 |  |  | 7,805.59 | 5,667.89 |
| May 2021 | 924.22 |  |  | 8,729.81 | 6,592.11 |
| Jun 2021 | 924.22 | 4,874.93 | County Tax | 4,779.10 | 2,641.40 |
| Jul 2021 | 924.22 |  |  | 5,703.32 | 3,565.62 |
| Aug 2021 | 1,386.33 |  |  | 7,089.65 | 4,951.95 |
| Sep 2021 | 924.22 | 4,874.93 | County Tax | 3,138.94 | 1,001.24 |
| Oct 2021 | 924.22 |  |  | 4,063.16 | 1,925.46 |
| Nov 2021 | 924.22 |  |  | 4,987.38 | 2,849.68 |
| Dec 2021 | 924.22 |  |  | 5,911.60 | 3,773.90 |
|  | $12,014.86 | $12,014.86 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 1,001.24.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 2,002.48 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 5,911.60.  Your starting balance (escrow balance required) according to this analysis should be $3,773.90.  This means you have a surplus of 2,137.70.  This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly.  We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be 12,014.86.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 462.11 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $462.11 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 15-34864 |
| Chandra Medlin<br> fka Chandra Taylor<br> fka Chandra Horton<br> aka Chandra V. Medlin<br> aka C Victoria Medlin<br> aka Chandra Victoria Medlin | Chapter 13 |
| Debtor | Hon. Judge A. Benjamin Goldgar |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Mortgage Payment Change upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on November 20, 2020, before the hour of 5:00 p.m.

    Mohammed O Badwan, Debtor's Counsel
    mbadwan@sulaimanlaw.com

    Glenn B Stearns, Trustee
    Mcguckin_m@lisle13.com

    Patrick S Layng, U.S. Trustee
    ustpregion11.es.ecf@usdoj.gov

    Chandra Medlin, Debtor
    4460 Longmeadow Drive
    Gurnee, IL 60031

| | |
|---|---|
| Dated: November 20, 2020 | Respectfully Submitted,<br><br>/s/ Molly Slutsky Simons<br>Molly Slutsky Simons (0083702)<br>Sottile & Barile, Attorneys at Law<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140<br>Phone: 513.444.4100<br>Email: bankruptcy@sottileandbarile.com<br>Attorney for Creditor |